UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAADHI ABDUL COLEMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRED FOULK, et al.,<br><br>　　　　Defendants. | No.  2:13-cv-1753 CKD P<br><br><br>ORDER |

　　　Plaintiff has requested an extension of time to file his amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's request for an extension of time (ECF No. 15) is granted:

　　　2. Plaintiff shall file his amended complaint within 30 days of this order; and

　　　3. Failure to file an amended complaint within 30 days will result in dismissal of this action.

Dated:  April 30, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
cole1753.36(2)