UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI ABDUL COLEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRED FOULK, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-1753 KJM CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file and serve objections to the October 25, 2017 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 57) is granted;

2. Plaintiff is granted fourteen days from the date of this order in which to file and serve his objections.

Dated: November 16, 2017

　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/mp
cole1753.36(2)