McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI ABDUL COLEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>FRED FOULK ,et al.,<br><br>    Defendants. | Case No. 2:13-CV-01753-KJM-CKD<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL FOR DEFENDANT G. HALE**<br><br>Judge:    Honorable Kimberly J. Mueller<br>             Honorable Carolyn K. Delaney<br><br>Action Filed:  Aug. 23, 2013 |

Defendant G. HALE, having filed a request for court approval of substitution of counsel, seeks to substitute his current counsel Justin W. Walker, of the California Office of the Attorney General, with Peter J. Hirsig of the law offices of McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP, as attorney of record

For good cause shown, IT IS HEREBY ORDRED that hereinafter, Peter J. Hirsig, Esq., of McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP, will serve as counsel of record for defendant G. HALE in this action.  Justin W. Walker, of the California Office of the Attorney General, is hereby relieved as counsel for said defendant.

IT IS SO ORDERED.

Dated:  November 30, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE